**Motion Granted and Abatement Order filed October 4, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00105-CR

_____

**SOLOMON KOFI EQUAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1210061**

## A B A T E M E N T   O R D E R

The reporter's record has not been filed in this appeal. The court reporter has informed the court that appellant has not paid or made arrangements to pay the reporter's fee to prepare the reporter's record. *See* Tex. R. App. P. 37.3(c)(2)(A). Appellant has filed a motion to abate for an indigency hearing on whether he is entitled to a reporter's record without payment of costs.   *See* Tex. R. App. P. 37.3(c)(2)(B). We grant appellant's motion and enter the following order. *See* Tex. R. App. P. 35.3(c).

We ORDER the judge of the 184th District Court to immediately conduct a hearing at which appellant, appellant's retained counsel, Edmond N. O'Suji, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant is entitled to a free record on appeal. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, the court's findings and conclusions, and a videotape or compact disc, if any, containing a recording of the video teleconference shall be filed with the clerk of this court on or before **November 3, 2011.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.

PER CURIAM

2